# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

162164 & (20)(22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SUBHASH KAPUR, Trustee of the SUBHASH
KAPUR LIVING TRUST,
    Plaintiff-Appellee,

v

               SC: 162164
               COA: 353956
               Oakland CC: 2019-178445-AV

ROBERT SHUMAKE,
    Defendant-Appellant.

_____/

   On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the October 22, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The request for a stay is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



p1215
                     Clerk